# Court of Appeals
# of the State of Georgia

ATLANTA,  May 07, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1860. GARY NEIL COCHRAN v. THE STATE.**

In 2014, Gary Neil Cochran entered a negotiated guilty plea to failing to register as a sex offender and was sentenced to ten years, with the first three years to be served in confinement and the remainder on probation. In August 2018, the trial court, upon Cochran's stipulation to a violation, revoked his probation and ordered that he complete a substance abuse program. In January 2019, however, Cochran filed a pro se motion to dismiss requesting the trial court to "modify the terms of his case and issue an order for his release" because the Georgia Department of Corrections had yet to transport him to the program. On January 31, 2019, the trial court denied Cochran's "motion to dismiss his revocation order." Cochran filed a notice of appeal from that order on March 11, 2019. We lack jurisdiction for two reasons.

First, an application for discretionary appeal is required to appeal orders revoking probation. OCGA § 5-6-35 (a) (5); see *Todd v. State*, 236 Ga. App. 757, 758 (513 SE2d 287) (1999) (holding that where the underlying subject matter is probation revocation, the discretionary appeal procedure applies); accord *White v. State*, 233 Ga. App. 873, 874 (505 SE2d 228) (1998). The underlying subject matter of Cochran's motion was to set aside or modify his probation revocation. Thus, a discretionary application was required here.

Second, even if Cochran had a right of direct appeal, his notice of appeal was not timely filed. A notice of appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Cochran's notice of appeal, filed

39 days after entry of the order denying his motion to dismiss the revocation order, was untimely.

For these reasons, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__05/07/2019_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*